STDM
KATHERINE M. BARKER, ESQ.
Nevada Bar No.: 006084
LAW OFFICE OF KATHERINE M. BARKER
823 South Las Vegas Boulevard, Suite 300
Las Vegas, Nevada 89101
Attorney for Defendant
GEICO INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SOPHIA AYALA, DANIELLE STICH, and LESLIE ROSETE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO INDEMNITY COMPANY; DOES 1 through 5; and ROE CORPORATIONS 1 through 5,<br><br>Defendants. | Case No.: 2:10-CV-01085-JCM-(RJJ) |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Sophia Ayala, Danielle Stich, Leslie Rosete and Defendant, GEICO Indemnity Company, by and through their respective undersigned counsel of record and representation having been made that no Scheduling Order or Request for Trial Setting was filed and no trial date has been set; that the above-entitled action be

///

///

1

1 | dismissed with prejudice, and that an Order be entered into accordingly, each party to
2 | bear their own attorneys' fees and costs.
3 | DATED this 31st day of May 2011.

4 | LAW OFFICE OF KATHERINE M. BARKER

AARON & PATERNOSTER, LTD.

By_____
Brian E. Lunt, Esq.
Nevada Bar No.: 11189
2300 West Sahara Avenue, Suite 650
Las Vegas, NV 89102
Attorney for Plaintiffs, Sophia Ayala
Danielle Stich, Leslie Rosete

By_____
Katherine M. Barker, Esq.
Nevada Bar No. 006084
823 South Las Vegas Boulevard,
Suite 300
Las Vegas, Nevada 89101
Attorney for Defendant,
GEICO Indemnity Company

## ORDER

Pursuant to the foregoing Stipulation, and good cause showing therefore:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the above-entitled action be, and the same is hereby dismissed with prejudice, all parties to bear their own attorneys' fees and costs.

DATED this 7th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:
LAW OFFICE OF KATHERINE M. BARKER

_____
Katherine M. Barker, Esq.
Nevada Bar No. 006084
823 South Las Vegas Boulevard, Suite 300
Las Vegas, Nevada 89101
Attorney for Defendant
GEICO Indemnity Company